FILED

1  Name: Omar Shakur

2  Address: 408 South Pacific Avenue

3  Glendale CA [91204]

4  Phone: 818 392 9731

2012 JAN 23 PM 12: 14

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

5  Plaintiff In Pro Per

6

7  **UNITED STATES DISTRICT COURT**

8  **CENTRAL DISTRICT OF CALIFORNIA**

9  Omar Shakur

10                                    ,         **Case No.:** CV11-10370 RGK (JCGx)

(To be supplied by the Clerk)

11  **PLAINTIFF,**                    **COMPLAINT FOR:**

12  **vs.**                           (FCRA) Fair Credit Reporting Act

13  NCO fin /99                       (FDCPA) Fair Debt Collection Practices

14  Melody L. Davis                   Act / Rosenthal /

15  NCO Financial Systems Inc         California Civil Code

16  Sharon A. Wenders

17  Albert R. Limberg                 **Jury Trial Demanded:** ☒ Yes    ☐ No

18  **DEFENDANT(S).**

19

20                        ┌─────────────────────────┐

21                        │   **I. JURISDICTION**    │

                          └─────────────────────────┘

22      1. This Court has jurisdiction under   The Jurisdiction Of this

23  Court is Conferred by 15 U.S.C 1681 (p) (b)

24

25

26

27

28

1
2

## II. VENUE

3   2. Venue is proper pursuant to *28 U.S.C. § 1391(b) where*
4   *the Acts and transactions giving rise to plaintiffs Actions*
5   *Occured in the District. and/or where defendant transact*
6   *business in this district*

7
8
9

## III. PARTIES

10
11
12   3.   Plaintiff's name is *Omar Shakur*         . Plaintiff resides
13   at: *408 South Pacific Avenue   Glendale CA [91204]*
14   *is a "Consumer" within the meaning of 15 U.S.C § 1692 a (3)*
15
16
17
18   4. Defendant *NCO fin /99   is a "Debt Collector" within*
19   *the meaning of 15 U.S.C § 1692 a (6)*
20
21
22
23
24   5. Defendant *NCO fin /99, Melody (.) Davis - Consumer*
25   *Affairs Representative II 1-8 inclusive are sued under Fictitious*
26   *nomes. Is the Agent and Employee of each of the*
27   *remaining defendant NCO fin /99   and in doing the things*
28   *Alleged acted within the Scope and Employment Agency Course*

6. Defendant NCO Financial Systems Inc is a "debt"
*Insert ¶ #*

Collector " Collection Agency within the meaning of

15 U.S.C. § 1692 a (6)

7. Defendant NCO Financial Systems Inc, Sharon A.
*Insert ¶ #*

Winders inclusive Sued under fictitious names is the

Agent and employee of defendant NCO Financial System

And in doing the ~~the~~ things alleged acted within the

course and scope of that agency and employment

8. Defendant Attorney Albert R. Limberg Sued
*Insert ¶ #*

under fictitious names Sessions Fishman Nathan &

Israel is the agent ~~and~~ of each of the remaining

defendants ( NCO Financial Systems Inc ) and in doing

the things alleged was acting within course and scope of Agency

And employment

___. Defendant
*Insert ¶ #*

3

*Page Number*

1

## IV. STATEMENT OF FACTS

2

3 **9.** Comes Now Omar Shakur who does hereby file this
Insert ¶ #

4 Complaint for damages of 15 U.S.C § 1692 et seq. 15 USC § 1681 et seq

5 Cal Civ Code § 3068.2, Rosenthal 1788.13 e,f, 1788.17 Comply

6 with 1692 b to 1692 J, Remedies 1692 k. Based Upon defendents

7 Violations of FDCPA, FCRA, Cal Civ Code, Rosenthal

8 On September 20, 2011 Plaintiff Upon requested Experian,

9 Transunion Consumer Credit report, had no knowledge of

10 Any business relationship w /the defendant(s)

11

12 **10.** Defendant NCO Fin /99 is a Collection Agency doing
Insert ¶ #

13 business in the State of Delaware. Defendant NCO Fin /99

14 Prepared and issued Consumer Credit Report Concerning Plaintiff

15 Which included inaccurate information Acct# 72686, in the Amount

16 $ 791.00 (Exhibit A: Experian Credit report 15 USC § 1681g (d)(2)

17 Defendant NCO Fin /99 issued and re-aged along with NCO

18 Financial. Plaintiff Consumer Acct# 72686 by updating the date

19 in the Amount $791.00 of last Activity in hopes of keeping Negative

20 information on Plaintiff Consumer report longer. FCRA Section 605(c)

21 **11.** On September 25, 2011 Plaintiff Sent via United
Insert ¶ #

22 States Postal Service Certified Mail a letter requesting

23 formal Debt Validation Upon 30 day notice to reply in

24 accordance with the fair debt Collection's Practices Act

25 (Exhibit B Validation letter Sent to defendent) Defendant failed

26 to respond with any type of request Validation within 30 days

27 15 USC § 1692 g, California 1788.17, FCRA 15 USC § 1681, et seq

28

12. After 30 days had elapsed. Plaintiff made attempts through BBB in locating NCOFin/99 telephone number. The Defendant NCOFin/99 could not be located through BBB. On October 21st 2011. Plaintiff sent a notification letter to NCOFin/99 parent Company XLCO Financial Systems Inc. In Hershon, Pennsylvania implementing that plaintiff has never heard of them never received notification of Act # 72686, in the Amount $ 791.00 that NCOFin/99 had been reporting on Plaintiff Consumer report. Requesting Validation under FDCPA (Exhibit # 2 letter sent to debt Collector)

13. On October 31st, 2011 Defendant NCO financial Systems Inc. Sharon A. Wanders sent reply that Act No. 72686 was closed in their office, However "NCO financial Systems Inc. Cannot Effect a change to how any other company may have listed the above account on your Credit file (Exhibit # 2 Letter sent to plaintiff) 15 U.SC § 1692 e, California Civ Code § 3068.2 Rosenthal 1788.17 comply.                                                    45a

14. This "Any Other Company" to the least Unsophisticated mind meaning that NCO financial Systems Inc. had Sold Act No. 72686 Amount $791.00 without Notifying Plaintiff 5 day Within Accordance of FDCPA, Rosenthal 1788.17   Rules of Compliance
    On November 3, 2011. Plaintiff in response to letter from NCO financial Systems Inc. Sent non-Compliance response to Defendant NCO financial Systems Inc

15. Plaintiff Called NCO Financial Systems Inc. Which replied Act No. 72686 Amount $791.00 was Closed, and that they can not effect a change on how any other Company report on plaintiff Credit profile. On November 15th, 2011 Plaintiff followed through to an Submitted Employment Application with Credit Union Workers Ser. (Calpers) Who require Credit Check of Consumer report for Candidate Character. (Exhibit C) Credit Union Worker Ser. "Plaintiff was denied employment from profile" Cal Civ Code § 45a, 48a

16. On November 18th 2011 Defendant Melody L. Davis NCO Fin /99 Sent Communication to plaintiff asking for Correspondence for Plaintiff Identification information Acknowledging false reportings. Defendant Melody L. Davis Stated in letter that they had been unable to locate the Matter referenced from the information they have been provided about Act No. 72686 amount #791.00 (Exhibit D) Letter sent to plaintiff)

17. Defendant NCO Fin /99 has been falsifying and reporting a Collection Account in attempt to Collect Non-existence debt 15 USC § 1692 e at seg on plaintiff Consumer report Credit history inaccurately Without Validating the alleged debt "U.S. Court of Appeals Ninth Circuit NO. 00-15946 Nelson VS. Chase Manhatton On November 24th 2011, plaintiff in a good faith effort to allow Defendant NCO Fin /99 ample opportunity to validate alleged debt, Sent a Second letter via Certified mail. Upon 10 day Notice response Defendant Again has failed to respond. (Exhibit E)

18. On January 13th, 2012 Pm 4:20 Attorney Albert R. Limberg Contacted plaintiff. Attorney Albert R. Limberg was Communicating on behalf of his Client NCO Financial. Attorney Albert R. Limberg made many threats and use of Criminal means remarks unto Plaintiff over the telephone in order to take any action that cannot legally be taken. Albert R. Limberg stated to plaintiff that Statutes under the FDCPA 15 U.S.C. §1692 et seq., FCRA 15 USC §1681b did not apply to his Client NCO Financial for 15 U.S.C § 1692 k

19. Attorney Albert R. Limberg stated to plaintiff over telephone that he (Limberg) was experienced in dealings with Pro per Plaintiffs and that he (Limberg) has Credibility with how the outcome of this type of Case will be unable to Secure favorable Credit Privileges with the Court. Albert R. Limberg stated to plaintiff that he (plaintiff) Could forget about 15 U.S.C §1681b Permissible Purposes, Civil Liabilities Negligent Non-Compliance and that no Judge takes that Statute Seriously (Exhibit D) 4

20. Attorney Albert R. Limberg Communicating on behalf of his Client NCO Financial January 13, 2012 pm 4:27 Stated: Plaintiff Complaint would not make it to Court, Cause for one (1) he Albert R. Limberg would file a Motion (in plaintiff opinion) a frivolous motion to Confuse the Court. 15 USC §1692 f(6) ← Amongst other Papers! in an attempt to block his Client (NCO Financial) illegal activity and bad Practices and help their Client proceed 15 U.S.C § 1692 e(5), 1692 f(6) Rosenthal 1788.17 Comply w/ 1692b to 1692J  1788.13 er  (Exhibit D) 4

21. Attorney Albert R. Limberg stated that his client spoke on behalf of other parties NCO Financial did not have to comply in accordance with the fair Debt Collection Practices Act of plaintiff requesting formal debt validation upon 30 day notice. Attorney Albert R. Limberg spoke on behalf of other parties not under his representation such as: NCOfin 199 Melody L. Davis. Plaintiff questioned Attorney Albert R. Limberg Conduct, actions, and inactions Attorney Albert R. Limberg stated that he will soon be their representatives but in fact in time he was not.

22. Defendant(s) acted in malice towards plaintiff in acts, if any that resulted in actual damages (Cal Civ Code § 3068.2, Rosenthal 1788.17 Comply w/1692b to 1692j) 1788.13 or mental anguish to plaintiff 15 U.S.C § 1692k Cal Civ Code § 45a, 48a

# V. <u>CAUSES OF ACTION</u>

1692 d(1)

## <u>FIRST CAUSE OF ACTION</u>  15 U.S.C § 1692 F (6)
Cal Civ Code 1788.17
(Violation of Fair Debt Collection Practices Act  Remedies 1692 k)
insert title of cause of action

**(As against Defendant(s):** NCoFin/99 - Melody L. Davis -
NCo Financial Systems Inc. - Sharon A. Wanders - Albert R. Limberg )

23. Plaintiff Re-Alleges And Incorporates Paragraph 9 thru 22
<sub>Insert ¶ #</sub>
Based On the fore going, The November 18th 2011 (exhibit D) and
October 31st 2011 (Exhibit #2) notices Sent to Plaintiff by defendant. The FDCPA
Prohibits False Representation, deceptive Practices In Attempt to Collect
Non-Existence debt 1692 e. Attempt to Collect any amount not authorized
by the agreement creating the debt or permitted by law 1692 F (1)

24. Plaintiff re-alleges and incorporates Paragraph 9 thru 22
<sub>Insert ¶ #</sub>
Based On the foregoing, Unfair deceptive Practices. Upon belief and Information
Of September 20th 2011 Experian Consumer report, Plaintiff believes At&t is
not the interested Party and NCo Financial Systems / NCoFin/99 Purchased
the debt and is Owner Of debt, FDCPA Prohibits Unfair Collection Methods
False Misleading Statements w/ alleged debt. Failure to Provide Evidence
of debt (Exhibit D) 15 USC § 1692 g et seq

25. Plaintiff Re-Alleges and Incorporates Paragraph 18 thru 22
<sub>Insert ¶ #</sub>
Based On the foregoing, The January 13th 2012 pm 4:27 telephone Communication.
Albert R. Limberg on behalf of his Client NCo Financial System Inc. Used/
threatened the Use Of Criminal means to harm Consumer Plaintiff 15 USC § 1692 d(
1) defendant Stated: Plaintiff Claim Would not make it to Court, Cause for one (1)
defendant Would File a motion Frivolous motion to Confuse the Court  1692 F (6)
In an attempt to block his Clients Illegal Activity and bad practices,
("Exhibit D")  1692 e(5)
4  Rosenthal 1788.17

**9**
*Page Number*

Rosenthal § 1788.17

## SECOND CAUSE OF ACTION   1788.13

( Negligence  15 U.S.C § 1681o , Cal Civ Code § 3068.2   )

*insert title of cause of action*

**(As against Defendant(s):** NCO Fin /99, NCO Financial Systems Inc

Attorney Albert R. Limberg                                     )

26. Plaintiff Re-alleges and Incorporates Paragraphs 9-22

*Insert ¶ #*

Based on the Foregoing, Between Nov. 1st 2008 and November 30, 2011, the

defendant have negligently violated their duty of Reasonable Care by Continuing

to report NCOFin/99 alleged account as Severly deliquent and Unpaid.

"Re-Age" Account updating the date of last Activity in hopes of keeping

negative information

27. Plaintiff Re-Alleges and Incorporates Paragraph 9-22

*Insert ¶ #*

In general. Any Person who is negligent in failing to Comply w/ any

requirements imposed Under this title w/ respect to any Consumer is liable

to that Consumer in An Amount equal to the Sum of; Any Actual damages

legal Cost and fees, Sustained by the Consumer as a result of the failure.②

28. In the Case of any Successful Actions to enforce any

*Insert ¶ #*

liability Under this Section the Cost of this Action together w/ reasonable

fee determined by Court. (③) On A finding by the Court that an

Un Successful Pleading, Motion, or Other paper filed in Connection

With an action Under this Section Was filed in bad faith

Or for purposes of harassment, the Court Shall award to the prevailing

Part legal fee, Cost reasonable in relation to the Work expended

in responding to the pleading. motion, or other paper. As a direct

and proximate result of defendant negligance the plaintiff have Suffered

extreme Mental Anguish, A loss of ability to Obtain employment

Permissible Purposes    CalCiv § 3068.2

168/b

## THIRD CAUSE OF ACTION

( Violation of Fair Credit Reporting Act 15 USC § Rosenthal §1788.)3

*insert title of cause of action*

**(As against Defendant(s):** NCOFin/99 - NCO Financial Systems Inc
Sharon A. Wonders - Melody C. Davis )

_Insert ¶ #_ Plaintiff Re-Alleges and Incorporates paragraph 9-22

Based on the foregoing, Defendant(s) had made a hard pull on Plaintiff Consumer report Acct No 72686. Amount $791.00. A hard pull is A FCRA, CalCiv Code, Rosenthal Violation

_Insert ¶ #_ 2-Plaintiff Re-Alleges and incorporates paragraph 9-22

Based on the foregoing, consumer report. The Re-age of Acct # 72686 $791.00 demonstrates a willful disregard for federal law and constitutes a blatant attempt to injure or ruin the credit rating of plaintiff since defendant's have demonstrated an inability to validate the alleged debt and subsequently attempted to coerce payment

_Insert ¶ #_ Plaintiff Re-Alleges and incorporates paragraph 9-22

Plaintiff did not initiate a firm offer of credit (loan, credit card) w/ defendant. Plaintiff did not initiate firm offer of insurance w/ defendant. Plaintiff did not initiate employment w/ defendant Defendant was not directed by a court order to pull Plaintiff Consumer report. Defendant is no Gov't Agency under the New Uniting and Strengthening America by providing Appropriate tools ( USA Patriot Act) reply: United States v. McNeil 362 F. 3d 570 " 9th Circuit Court of Appeals".

*California Civil Code § 45a*

**FOURTH CAUSE OF ACTION**

15 Usc § 1692k

( Defamation          Rosenthal  1788.17  Comply 1692b 1692) )

<small>insert title of cause of action</small>

**(As against Defendant(s):** NCO fin /99 , NCO Financial Systems Inc.

Steven A. Wanders , Melody L. Davis          )

---

_Plaintiff Re-alleges and Incorporates paragraphs 9 thru 22_

<small>Insert ¶ #</small>

Based On the foregoing the Consumer report between Nov. 1st 2008 and November 30th, 2011. Defendants published to Experian, a major Credit reporting agency the fact that Plaintiff was severly deliquent in paying on his alleged Account and had an Outstanding balance.

_Plaintiff Re-alleges and Incorporates paragraphs 9 thru 22_

<small>Insert ¶ #</small>

Based On the foregoing, the Consumer report. The defendants knew the Statements were false when made or had no factual basis for making the statement. The defendants knew this because defendants Issued letters to the plaintiff on October 31st 2011 and November 18, 2011 acknowledging no competent evidence bearing Plaintiff signature.

_Plaintiff Re-alleges and Incorporates paragraphs 9 thru 22_

<small>Insert ¶ #</small>

Based on the foregoing, The written Publication by the defendants Constitutes libel per se. As a direct and Proximate result of the defendants defamation. The plaintiff have suffered extreme Mental Anguish, loss of reputation and loss of ability to Obtain employment. Defendants act were malicious, willful, wanton, and to the total dis regard to plaintiff Just rights.

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

That this Court Grant Judgement ~~Jurisdiction~~ against defendant for

*Insert ¶ #*

First Claim for relief ① Actual damages determined by Jury

② Punitive & Statutory damages   15 USC § 1692d (1) 1692f (6)

Cal Civ Code 1788.17 Remedies 1692k FCRA 1681  $1,000.00 Per Statute

Legal cost and fees ③ Any relief as the Court See fit

That this Court Grants Judgement against defendants

*Insert ¶ #*

and each of them: for Second Claim for Relief ① Actual damages

to be determined by Jury ② Punitive and Statutory damages

Pursuant 15 USC §1681o, 1788.17, 1788.13 amount $1000.00 ③ Legal fees &

Cost ④ Any relief court sees fit

That this Court Grant Judgement against defendants for each

*Insert ¶ #*

of them: for Third Claim Of relief for Actual damages determined

By Jury② Punitive and Statutory damages §1681b, Cal Civ Code 3068.2

③ Legal fees and Cost, ④ Any relief as the Court See Fit

That this Court Grant Judgement against defendants for

*Insert ¶ #*

each of them: for forth Claim Of relief for Compensatory damages $1,000.00

Plus Costs and fees, And respectfully asks this Court for leave

to Move for punitive damages $1,000.00  Reasonable Cost and fees

Cost of Suit incurred, any relief the Court sees fit

Dated: 1/23/2012

Sign: Omar Shakur

Print Name: Omar Shakur

### 13

Page Number

1
2

## **DEMAND FOR JURY TRIAL**

3

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

4
5

Dated: _1/23/2012_

6

Sign: _Omar Shakur_

7

Print Name: _Omar Shakur_

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_14_

_Page Number_

# Credit Cards, Loans & Other Debt

ere you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your
port indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

## NCO FIN/99

**Potentially Negative Closed**

800-709-8625
PO BOX 15636
WILMINGTON, DE 19850

| Field | Value |
|---|---|
| Account Name | NCO FIN/99 |
| Account # | 72686XXXX |
| Account Type | Collection Department / Agency / Attorney |
| Balance | $791.00 |
| Past Due | $791.00 |
| Date Opened | 10/1/2009 |
| Account Status | Closed |
| Mo. Payment | |
| Payment Status | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department |
| High Balance | |
| Limit | |
| Terms | 1 Month |
| Comments | |

**Equifax**   **TransUnion**

What's missing from this picture?

See your Experian®, Equifax® and TransUnion® Credit Reports and Scores at a special "Members Only" price.

Log in Now!
www.CreditReport.com

### 24/Mo Payment History

| Month | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2008 | | 2009 | | | | | | | | | | | | 2010 | | | | | | | | | |
| Experian | | | | | | | | | | | | | | | KD | KD | ND | ND | ND | KD | ND | ND | KD | KD |

## WELLS FARGO BANK

**Current**

800-642-4720
PO BOX 14517
DES MOINES, IA 50306

| Field | Value |
|---|---|
| Account Name | WELLS FARGO BANK |
| Account # | 446540XXXX |
| Account Type | Credit Card |
| Balance | $696.00 |
| Past Due | |
| Date Opened | 8/1/2011 |
| Account Status | Open |
| Mo. Payment | $28.00 |
| Payment Status | Current |
| High Balance | $696.00 |
| Limit | $700.00 |
| Terms | Revolving |
| Comments | |

**Equifax**   **TransUnion**

What's missing from this picture?

See your Experian®, Equifax® and TransUnion® Credit Reports and Scores at a special "Members Only" price.

Log in Now!
www.CreditReport.com

### 24/Mo Payment History

| Month | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2009 | | | 2010 | | | | | | | | | | | | 2011 | | | | | | | | |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | OK |

systems LETTER #4

September 25, 2011

Omar Shakur

NCO FIN/99
P.O. Box 15636
Wilmington, DE 19850
Re: Acct # 72686xxxx



To Whom It May Concern:

This letter is regarding account # (72686xxxx), which you claim "I owe $791.00". This is a formal notice that your claim is disputed.

I am requesting validation, made pursuant to the Fair Debt Collection Practices Act. Please note that I am requesting "validation"; that is competent evidence bearing my signature, showing that I have (or ever had) some contractual obligation to pay you (the actual accounting). I am requesting evidence your consideration and to have this signed under the full commercial liability of one who can bind your corporation in contract

Please also be aware that any negative mark found on my credit reports (including Experian, Equifax, Transunion Systems credit reports) from your company or any company that you represent for a debt that I don't owe is a violation of the Fair Credit Reporting Act; therefore if you cannot validate the debt, you must request that all credit reporting agencies delete the entry.

Pending the outcome of my investigation of any evidence that you submit, you are instructed to take no action that could be detrimental to any of my credit reports.

Failure to respond within 30 days of receipt of this certified letter will result in legal action against your company. I will be seeking a minimum of $5,000 in damages for:

1) Defamation

2) Negligent Enablement of Identity Fraud

3) Violation of the Fair Credit Reporting Act

For the purposes of 15 USC 1692 et seq., this Notice has the same effect as a dispute to the validity of the alleged debt and a dispute to the validity of your claims. This Notice is an attempt to correct your records, and any information received from you will be collected as evidence should any further action be necessary. This is a request for information only, and is not a statement, election, or waiver of status.

My contact information is as follows:

Omar Shakur
(Without Prejudice)
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

408 S. Pacific Ave
Glendale, Ca [91204]



Consumer Credit Report for OMAR S. SHAKUR

| | |
|---|---|
| File Number: | 311808588 |
| Page: | 2 of 3 |
| Date Issued: | 10/20/2011 |

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

**UNION WORKERS CREDIT SER**
4108 AMON CARTER B
PO BOX 955003
FORT WORTH, TX 76155
(817) 835-0004
**Requested On:** 09/15/2011

*Employment Exhibit*

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any credit score (except insurance companies may have access to other insurance company inquiries and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

**FACTACT FREE DISCLOSURE**
P O BOX 1000
CHESTER, PA 19022
(800) 888-4213
**Requested On:** 10/20/2011

**TATE & KIRLIN**
2810 SOUTHAMPTON R
PHILADELPHIA, PA 19154
(215) 464-4500
**Requested On:** 02/15/2011

**7001 TSA REDIRECT PE via FACTUAL DATA CORP**
5200 HAHNS PEAK DR
LOVELAND, CO 80538
(800) 929-3400
**Requested On:** 07/29/2010
**Permissible Purpose:** EMPLOYMENT

### -End of Credit Report-

# Should you wish to contact TransUnion, you may do so,

**Online:**
To dispute information contained in your credit report, please visit: www.transunion.com/disputeonline
For answers to general questions, please visit: www.transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

### -Begin Additional Information-

## Additional Information

The following disclosure of information is provided as a courtesy to you. This information is not part of your TransUnion credit file, but may be provided when TransUnion receives an inquiry about you from an authorized party. This additional information can include Special Messages, Possible OFAC Name Matches, Income Verification, and Inquiry Analysis Information. Any of the previously listed information that pertains to you will be listed below.

**To dispute online go to: http://transunion.com/disputeonline**

NCO Financial Systems, Inc.
507 Prudential Road | Horsham, PA 19044
Toll Free: 800.550.9619 | Fax: 866.269.8669
Hours of Operation: M-F 8:00am-5:00pm ET

November 18, 2011

Omar Shakur
408 S Pacific Avenue
Glendale, CA 91204

Dear Omar Shakur:

Thank you for your recent communication. This letter is being provided pursuant to your specific request for a response.  I can assure you that we are committed to assisting you; however, we have been unable to locate the matter you have referenced from the information we have been provided.  Please provide us with further identifying information such as your social security number, the name of the original creditor, the creditor's account number and/or reference number and the billing address of the account.  A copy of any correspondence you may have received from us would also be of assistance or a most recent copy of your credit report displaying the date of the inquiry. Kindly contact me at the above address with this information.

Thank you for your anticipated cooperation regarding this request.

Very truly yours,

Melody L. Davis
Consumer Affairs Representative II

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

Calls to or from NCO Financial Systems, Inc. may be monitored or recorded for quality assurance.

Omar Shakur
408 S. Pacific Ave
Glendale, Ca [91204]



NCO Fin/99
Legal Department

November 24, 2011

To whom it may concern:

As per my Equifax/Experian credit report, your company obtained my credit file on 10/1/09.

I don't recall applying for credit or employment with NCO Fin/99

From the FCRA § 616. Civil liability for willful noncompliance [15 U.S.C. § 1681n]

"(b) Civil liability for knowing noncompliance. Any person who obtains a consumer report from a consumer reporting agency under false pretenses or knowingly without a permissible purpose shall be liable to the consumer reporting agency for actual damages sustained by the consumer reporting agency or $1,000, whichever is greater."

From the 1998 FTC opinion letter Greenblatt at http://www.ftc.gov/os/statutes/fcra/greenblt.htm:

"Any person who procures a consumer report under false pretenses, or knowingly without a permissible purpose, is liable for $1000 or actual damages (whichever is greater) to both the consumer and to the consumer reporting agency from which the report is procured."

Please explain your permissible purpose for your obtaining my credit file. Should you not have a permissible purpose, please arrange for payment of $2,000 by December 9, 2011.

Please respond via mail/ Email to:
408 S. Pacific Ave
Glendale, Ca [91204]

Blakkfoot100@yahoo.com

Sincerely,

**Omar Shakur**



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
WILMINGTON DE 19850

| | | |
|---|---|---|
| Postage | $ | $0.88 | 0711 |
| Certified Fee | $2.85 | 13 |
| Return Receipt Fee (Endorsement Required) | $1.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $4.88 | 11/25/2011 |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions



October 21, 2011

Omar Shakur
408 S. Pacific Avenue
Glendale, Ca [91204]

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044
Re: Acct # 72686xxxx

To Whom It May Concern:

I recently reviewed a copy of my credit report and noticed that there was a collection from your agency on my credit report. I was never notified of this collection. Not notifying me is a violation of the Fair Debt Collections Practices Act (FDCPA). This is not a refusal to pay, but a formal notice that your claim is disputed.

I am requesting validation, made pursuant to the Fair Debt Collection Practices Act. Please note that I am requesting "validation"; that is competent evidence bearing my signature, showing that I have (or ever had) some contractual obligation to pay you (the actual accounting). I am requesting evidence your consideration and to have this signed under the full commercial liability of one who can bind your corporation in contract.

Please also be aware that any negative mark found on my credit reports (including Experian, Equifax, Transunion Systems credit reports) from your company or any company that you represent for a debt that I don't owe is a violation of the Fair Credit Reporting Act; therefore if you cannot validate the debt, you must request that all credit reporting agencies delete the entry.

Pending the outcome of my investigation of any evidence that you submit, you are instructed to take no action that could be detrimental to any of my credit reports.

I would also like to request, in writing, that no telephone contact be made by your offices to my home or to my place of employment or mobile. If your offices attempt telephone communication with me, including but not limited to computer generated calls and calls or correspondence sent to or with any third parties, it will be considered harassment and I will have no choice but to file suit. All future communications with me MUST be done in writing and sent to the address noted in this letter by USPS.

It would be advisable that you assure that your records are in order before I amforced to take legal action. This is an attempt to correct your records , any information obtained shall be used for that purpose.

For the purposes of 15 USC 1692, USC 1681 et seq., this Notice has the same effect as a dispute to the validity of the alleged debt and a dispute to the validity of your claims. This Notice is an attempt to correct your records, and any inf~~~~~~~~~~~ ~~~~~~~ ~~~~~ ~~~ ~~~ ~~ ~~~~~~~~~ ~~ ~~~~~~~~ ~~~~~~ ~~~ ~~~~~~
action be necessary. This ~~~~~
status.

My contact information i~

Omar Shakur
(Without Prejudice)

408 S. Pacific Avenue
Glendale, Ca [91204]





NCO Financial Systems, Inc.
507 Prudential Road | Horsham, PA 19044
Toll Free: 800.550.9619 | Fax: 866.269.8669
Hours of Operation: M-F 8:00am-5:00pm ET

October 31, 2011

Omar Shakur
408 S Pacific Avenue
Glendale, CA 91204

Re: <u>Our Reference No(s).</u>   <u>Creditor(s)</u>
    9O7GJ6 (CRS)    AT&T Mobility
                        Account No.: 186828024
                        Credit Bureau No.: 726864461

Dear Omar Shakur:

Thank you for your inquiry regarding the above-referenced account. Please be advised that the above-referenced account is closed in our office.

In addition, please be advised that we have contacted the credit bureaus, with which we do business, with our request to delete our listing of the above-referenced account from your credit profile for the social security number we have listed in our records. Please be advised that NCO Financial Systems, Inc. cannot effect a change to how any other company may have listed the above account on your credit profile.

We appreciate the opportunity to respond to your inquiry.

Very truly yours,

Sharon A. Wander
Consumer Affairs Production Manager

This·is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

Calls to or from NCO Financial Systems, Inc. may be monitored or recorded for quality assurance.

Omar Shakur
408 S. Pacific Ave
Glendale, Ca [91204]

NCO Financial Systems,Inc.
Legal Department

November 3, 2011

To whom it may concern:

As per my Equifax/Experian credit report, your company obtained my credit file on 7/19/09.

I don't recall applying for credit or employment with NCO Financial Systems, Inc..

From the FCRA § 616. Civil liability for willful noncompliance [15 U.S.C. § 1681n]

"(b) Civil liability for knowing noncompliance. Any person who obtains a consumer report from a consumer reporting agency under false pretenses or knowingly without a permissible purpose shall be liable to the consumer reporting agency for actual damages sustained by the consumer reporting agency or $1,000, whichever is greater."

From the 1998 FTC opinion letter Greenblatt at http://www.ftc.gov/os/statutes/fcra/greenblt.htm:

"Any person who procures a consumer report under false pretenses, or knowingly without a permissible purpose, is liable for $1000 or actual damages (whichever is greater) to both the consumer and to the consumer reporting agency from which the report is procured."

Please explain your permissible purpose for your obtaining my credit file. Should you not have a permissible purpose, please arrange for payment of $1,000 by November 18, 2011.

Please respond via mail/ Email to:
408 S. Pacific Ave
Glendale, Ca [91204]

Blakkfoot100@yahoo.com

Sincerely,

Omar Shakur



"Exhibit D4"

# DEBT COLLECTION CALL MANAGEMENT LOG

| DATE | TIME OF CALL | CALLER ID # | CALLER/COMPANY NAME | LIST COMMENTS OF WHAT WAS SAID AND DETAILS |
|---|---|---|---|---|
| 1/13/2012 | Pm 4:21:50? Pm | 619-290-2017 | Albert R. Limberg | ① Albert R Limberg Speaking On behalf Of (No Financial) Stated Paragraph "18" that Statutes under the (FDCA) (FCRA) did not apply to his Clien't No Financial Sys |
| | | | | ② Albert Limberg Stated Paragraph "19" that he has Experienced in Dealing w/ Proper Plaintiff, and he has Credibility w/ how the Outcome of this type of Case will be unable to Secure Favorable Credit Privileges with the Court. |
| | | | | ③ Albert R Limberg Stated that Plaintiff Could Target About Permissible Purposes, Civil Liabilities Neglect Non-Compliance, and that no Judge takes that Statute Seriously!! |
| | | | | ④ Albert R. Limberg Stated Paragraph "20" that Plaintiff Complaint Would Not Make it to Court "Cause for One (1) he Albert R Limberg Would File a motion (Plaintiff Opinion) frivolous motion to Confuse the Court, in an Attempt to block his Client Illegal Activity And bad Practices and help their Client Proceed! |